■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY U. RUIZ, Also Known as VLADIMIR RUIZ, Appellant. [43 NYS3d 743]—

Judgments, Supreme Court, Bronx County (Ann M. Donnelly, J.), rendered February 28, 2012, convicting defendant, upon his pleas of guilty, of two counts of making graffiti, and sentencing him to an aggregate term of a conditional discharge with 15 days of community service, unanimously affirmed.

The informations were facially sufficient because they established by direct and circumstantial nonhearsay evidence every element of the offense of making graffiti (*see* CPL 100.40 [1]; *People v Kalin*, 12 NY3d 225 [2009]; *People v Borrero*, 26 NY2d 430 [1970]). The factual allegations gave defendant enough notice to prepare a defense and were sufficiently detailed to prevent him from being tried twice for the same offenses (*see People v Casey*, 95 NY2d 354 [2000]).

Defendant is not aggrieved by alleged defects in charges of which he was not convicted. Concur—Saxe, J.P., Moskowitz, Gische, Kahn and Gesmer, JJ.